# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy

**DAN MCALLISTER**
Chief Deputy

James T. Foley Courthouse
445 Broadway, Room 509
Albany, New York 12207
(518) 257-1800

August 9, 2017

U.S. District Court
Eastern District of Michigan
Office of the Court Clerk
Theodore Levin US Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226



FILED
AUG 22 2017
CLERK'S OFFICE
DETROIT

RE: USA v. William T. Phillips
NDNY Case No.: 1:17-MJ-339-DJS
NDGA Case No.: 2:17-MJ-30366

Dear Clerk:

Enclosed please find certified copies of the following documents with regard to the above-reference Defendant:

1. DOCKET SHEET FROM NDNY;
2. ORDER APPOINTING THE FEDERAL PUBLIC DEFENDER;
3. WAIVER OF HEARINGS; and
4. COMMITMENT TO ANOTHER DISTRICT.

Also enclosed is a copy of the Financial Affidavit completed by Defendant.

Please acknowledge receipt of the same by signing and dating the enclosed copy of this letter and returning it to the Clerk's Office in Albany, New York.

Thank you for your attention in this matter.

Sincerely,
LAWRENCE K. BAERMAN, CLERK

*Maria A. Blunt*

By: Maria A. Blunt
Courtroom Deputy to
Magistrate Judge Daniel J. Stewart

Enclosures

ACKNOWLEDGMENT: _____     DATE: _____

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:17-MJ-339-DJS |
| WILLIAM T. PHILLIPS | ) |
| | ) Charging District's |
| Defendant | ) Case No. 2:17-MJ-30366 |

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 28 2017
LAWRENCE K. BAERMAN, CLERK
ALBANY

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Eastern___ District of ___Michigan___,
*(if applicable)* ___Detroit___ division. The defendant may need an interpreter for this language:
_____.

The defendant: ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ___07/28/2017___

_____
Judge's signature

Daniel J. Stewart, U.S. Magistrate Judge
*Printed name and title*

I certify that this is a true and correct copy of an original document on file in this office
Date 8/9/17 Lawrence K. Baerman, Clerk
U.S. District Court - NDNY
By: _____ Deputy

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| United States of America | ) |
| v. | ) Case No. 1:17-MJ-339-DJS |
| WILLIAM T. PHILLIPS | ) Charging District's Case No. 2:17-MJ-30366 |
| Defendant | ) |

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 28 2017
LAWRENCE K. BAERMAN, CLERK
ALBANY

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* **Eastern District of Michigan**

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/28/17

_____
Defendant's signature

_____
Signature of defendant's attorney

Gene V. Primomo, Esq.
Printed name of defendant's attorney

I certify that this is a true
and correct copy of an original
document on file in this office
Date 8/9/17 Lawrence K. Baerman, Clerk
U.S. District Court - NDNY
*Mara A...*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  Case No.:  1:17-MJ-339

WILLIAM T. PHILLIPS

Defendant

DANIEL J. STEWART
U.S. MAGISTRATE JUDGE

### ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

Because the above-named person has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require;

It is hereby **ORDERED** that:

The Office of the Federal Public Defender for the Northern District of New York is assigned representation of the above-named defendant.

Dated: July 28, 2017

Daniel J. Stewart
U.S. Magistrate Judge

I certify that this is a true and correct copy of an original document on file in this office
Date 8/9/17  Lawrence K. Baerman, Clerk
U. S. District Court - NDNY
By _____ Deputy