UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-20632 |
| Plaintiff, | Hon. STEPHEN J. MURPHY |
| vs. | |
| | VIOL: 18 U.S.C. § 2252A(g) |
| | 18 U.S.C. § 2251(a) |
| D-1, NOEL EISLEY, | 18 U.S.C. § 2251(e) |
| D-2, TERRY KOVAC, | 18 U.S.C. § 2422(b) |
| D-3, BRET W. MASSEY, | 18 U.S.C. § 2252A(a)(2) |
| D-4, FELIPE DOMINGUEZ-MEIJA, | 18 U.S.C. § 2252A(b)(1) |
| D-5, WILLIAM T. PHILLIPS, | 18 U.S.C. § 2253 |
| D-6, ERIC JAMES ROBINSON, | 18 U.S.C. § 2 |
| | 18 U.S.C. § 2252A(a)(5)(B) |
| Defendants. | 18 U.S.C. § 2252A(b)(2) |



FILED
SEP 2 2 2017
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## Defendant's Acknowledgment of Indictment

I, WILLIAM PHILLIPS, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

| | |
|---|---|
| Count 1:<br>Child Exploitation Enterprise<br>18 U.S.C. § 2252A(g) | 20 years – life imprisonment,<br>a $250,000 fine, or both |
| Count 2:<br>Conspiracy to Produce Child Pornography<br>18 U.S.C. § 2251(a); 2251(e) | 15 to 30 years' imprisonment,<br>a $250,000 fine, or both |
| Count 5:<br>Attempted Production and Production<br>of Child Pornography<br>18 U.S.C. § 2251(a); 2251(e) | 15 to 30 years' imprisonment,<br>a $250,000 fine, or both |
| Count 6:<br>Online Enticement of a Minor<br>18 U.S.C. § 2; 2422(b) | 10 years – life imprisonment,<br>a $250,000 fine, or both. |

Count 7:
Attempted Production and Production
of Child Pornography
18 U.S.C. § 2251(a); 2251(e)

15 to 30 years' imprisonment,
a $250,000 fine, or both

Count 8:
Online Enticement of a Minor
18 U.S.C. § 2; 2422(b)

10 years – life imprisonment,
a $250,000 fine, or both.

_____
William Phillips, Defendant

## Acknowledgment of Defense Counsel

      I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: September 22, 2017          Counsel for Defendant