UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Criminal No. 17-cr-20632

v.                                     Honorable Stephen J. Murphy, III

D-5, WILLIAM PHILLIPS,

        Defendant.

_____/

**STIPULATION REGARDING RESTITUTION AS PART OF THE JUDGMENT**

The Defendant entered a guilty plea to the charge of child exploitation enterprise. He was involved in two different groups that worked together to convince minor females to undress and masturbate on webcamera. The group members recorded this sexual activity and saved the videos on their electronic devices. The parties have agreed that from 2012 through July of 2017, the Defendant and the group conspired to produce child pornography of the below-named victims on Website A and/or Website B and that these are victims of the Defendant's offense who are entitled to restitution.

IT IS AGREED AND STIPULATED between the undersigned counsel for the government and the undersigned counsel for the defendant, with defendant's express consent, that these individuals are victims of defendant's convictions in

1

Count One of the indictment, as defined under 18 U.S.C. §§ 2259 and 3664, and that a restitution award will be included in defendant's judgment as follows:

- 5,000 dollars to a guardian of MV-1, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-2, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-4, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-5, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-6, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-7, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-8, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-9, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-10, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-11, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-12, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-13, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-14, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-15, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-16, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-18, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-19, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-20, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-21, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-22, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-23, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-24, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-25, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-27, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-31, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-35, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-36, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-41, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-46, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-48, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-50, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-51, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-52, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-53, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-54, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-55, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-56, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-57, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-61, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-62, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-63, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-64, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-65, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-66, whose name and address have been provided to the Clerk's Office.

For the Bored Group (No. 18-20128), the parties have agreed on the following restitution order:

- 5,000 dollars to a guardian of MV-3, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-5, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-6, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-10, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-11, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-12, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-13, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-15, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-16, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-17, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-19, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-20, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-21, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-22, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-23, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-24, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-25, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-26, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-28, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-29, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-31, whose name and address have been provided to the Clerk's Office.

The parties also request that the Defendants be enrolled in the Inmate Financial Responsibility Program and that this be made a part of the judgment in this case.

*s/ April N. Russo*
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3211
april.russo@usdoj.gov

*s/ Lisa Dwyer w/permission*
Attorney for William Phillips
400 Monroe Street, Suite 280
Detroit, Michigan 48226
dwyer1247@aol.com

July 9, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Criminal No. 17-cr-20632

v.                                     Honorable Stephen J. Murphy, III

D-5, WILLIAM PHILLIPS,

       Defendant.
_____/

## ORDER GRANTING RESTITUTION TO VICTIMS

     The defendant pleaded guilty to one count of child exploitation enterprise. He was involved in two different groups that worked together to convince minor females to undress and masturbate on webcamera. The group members recorded this sexual activity and saved the videos on their electronic devices. From 2012 through July of 2017, Defendant and the group conspired to produce child pornography of each of the minor victims named below. The Court finds, in accordance with the parties' stipulation, that these are victims of each of the Defendant's offense who are entitled to restitution as defined under 18 U.S.C. §§ 2259 and 3664.

1

Pursuant to the parties' stipulation, a restitution award will be included in defendant's judgment as follows:

- 5,000 dollars to a guardian of MV-1, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-2, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-4, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-5, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-6, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-7, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-8, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-9, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-10, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-11, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-12, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-13, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-14, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-15, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-16, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-18, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-19, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-20, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-21, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-22, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-23, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-24, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-25, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-27, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-31, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-35, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-36, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-41, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-46, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-48, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-50, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-51, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-52, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-53, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-54, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-55, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-56, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-57, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-61, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-62, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-63, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-64, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-65, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-66, whose name and address have been provided to the Clerk's Office.

For the Bored Group (No. 18-20128), the parties have agreed on the following restitution order:

- 5,000 dollars to a guardian of MV-3, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-5, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-6, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-10, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-11, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-12, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-13, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-15, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-16, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-17, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-19, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-20, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-21, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-22, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-23, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-24, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-25, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-26, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-28, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-29, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-31, whose name and address have been provided to the Clerk's Office.

The Defendant shall be enrolled in the Inmate Financial Responsibility Program, which will be part of the judgment in this case.

SO ORDERED.

                                            s/Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
Dated: July 9, 2018                  United States District Court Judge