UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   -vs-

WILLIAM PHILLIPS,

        Defendant.
_____/

CASE. 17-cr-20632-05

HON. STEPHEN J. MURPHY, III

**NOTICE OF DEFENDANT WILLIAM PHILLIPS' JOINDER IN DEFENDANT NOEL EISLEY'S RESPONSE [92] TO GOVERNMENT'S MOTION FOR CANINE ADVOCATE [91]**

NOW COMES Defendant William Phillips, by and through his attorney, Lisa Dwyer, and hereby joins in Defendant Noel Eisley's Response to Government's Motion for Canine Advocate, and requests the same relief.

Respectfully submitted,

 /s/ Lisa Dwyer
Lisa Dwyer
LAW OFFICE OF LISA DWYER, PLLC
Attorney for Adam Rosenthal
400 Monroe Street, Suite 280
Detroit, Michigan  48226
313.962.0000

Dated:  July 9, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   -vs-

WILLIAM PHILLIPS,

        Defendant.
_____/

CASE. 17-cr-20632-05

HON. STEPHEN J. MURPHY, III

## **CERTIFICATE OF SERVICE**

This is to certify that on 9 July 2018 the foregoing document was filed in accordance with the Court's Electronic Filing Guidelines. Notice of Electronic Filing of this document will be sent to all parties by operation of the Court's electronic filing system.

        By: /s/ Lisa Dwyer