## UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  17-20632 |
| D-5, WILLIAM T. PHILLIPS ) | |
| ) | |

### APPOINTMENT OF THE FEDERAL COMMUNITY DEFENDER
### OF THE EASTERN DISTRICT OF MICHIGAN

[✓] **MULTIPLE DEFENDANT CASE**         [✓] **DEFENDANT IN CUSTODY**
[ ] **NON-ENGLISH SPEAKING**               LANGUAGE: _____

APPOINTMENT INFO: _____

OTHER: _____

The defendant has qualified for the appointment of counsel under the Criminal Justice Act.

**IT IS ORDERED** that the Federal Community Defender of the Eastern District of Michigan, 613 Abbott Street, 5th floor, Detroit, Michigan 48226, telephone (313) 967-5555, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

**IT IS FURTHER ORDERED** that should this case require the assignment of an attorney from the CJA panel, the Federal Community Defender of the Eastern District of Michigan is authorized to issue such appointment using the electronic system to create the appropriate CJA appointment form.  CJA Counsel will represent the defendant in this case unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

NEXT COURT DATE: _____

Date: February 20, 2019                          s/Stephen J. Murphy, III
                                                *Judicial Officer's Signature*

                                                 Stephen J. Murphy, III, U.S. District Judge
                                                *Printed name and title*

AUSA Assigned:  April Nicole Russo


### ORDER REQUIRING DEFENDANT TO MAKE PARTIAL PAYMENTS

**IT IS ORDERED** that partial payment be made by the defendant in the amount of $_____ monthly, commencing on _____, until this case is terminated or otherwise ordered by the Court.  Payment shall be made to the **Clerk of the Court, Theodore Levin United States Courthouse, 231 West Lafayette Boulevard, Detroit, MI 48226**.

_____
*Judicial Officer's Signature*

I hereby acknowledge that I am responsible for the partial payments and payment plan ordered by the Court.

_____
*Defendant's Signature*