United States District Court
Eastern District of Michigan
Southern Division

United States of America                    Case nos: 2:17-cr-20632
v.                                                    2:18-cr-20128

William Phillips                            Hon. Stephen J. Murphy

Request for Clarification, Help
and Information Regarding
Upcoming Evidentiary Hearing

    First let me please request that this filing and **All** previous filings that make reference to my cooperation with the Government be filed under seal (transcripts, 2255, etc). Second I want to apologize if there is anything improper with the format of this filing. I know very little about procedures, formats, and proper citations and will do my best to be as proper and clear as possible. This leads me to the whole reason I'm writing this: I'm _very_ confused about my situation and need help.

    I'm writing this on Thurs. August 6, 2020. Yesterday, Wed. Aug 5, 2020, I was informed by my mother, over the phone, that my current CJA lawyer, Michael Skinner, requested to withdraw as my attorney because of health concerns (eyesight). My family and I have had our issues with him

1/8

and this only validates our concerns. Please be aware that since he was named my attorney in Feb of 2019 I have only verbally spoken to him one time (March of 2019) and have made many requests to him regarding phone calls, legal documents regarding my case, and simple status updates that he has flat out ignored. I've sent him about 11 letters and documents regarding my case(s) and have requested that he send me copies back for my records but have yet to receive anything. Alot of that information is very helpful when it comes to the Governments response to my 2255 Motion to Vacate. I have not received anything back from him nor was anything I sent him used to Reply to the Governments Response. Since he has been unresponsive I have no clue what the upcoming Evidentiary Hearing will detail.

Before I get into the Evidentiary Hearing I feel the need to tell this court that Mr Skinners 2255 motion originally filed on July 19, 2019 was filed without him telling me. That is the only reason I filed Pro Se motions including my Equitable Tolling. In fact, the way I found out about his 2255 was because my mother hired an outside

Consultant and he told me. He is also the one who told me about the Evidentiary Hearing and the withdrawal Motion. The whole reason my mother hired outside consultants (she hired 2 separate) was because Mr Skinners communication with us was so poor. Costing my family thousands to do a job that he simply could have done. Because of Ms. Dwyers and Mr. Skinners lack of attention it's costing my family alot of money and I fear it will only continue. With all that being said Mr. Skinner, still hasn't notified my mother or I about his request to withdraw, so not only were we frustrated, now we are worried and confused.

As of now I do not know any details regarding my evidentiary hearing (I have my consultant looking into it for me). It's safe to assume that failure to file a notice of appeal will be discussed. There are many letters and emails between myself and Ms. Dwyer and my mother and Ms. Dwyer telling her "something needs to be done" and asking her to meet with me on multiple occasions after sentencing. She did nothing and never met with me. Even if this court finds I didn't specifically use the word appeal, it is very clear about my attempts to get her to meet with me after sentencing.

3/8

The fact that she did not is a violation of her duty to consult. (U.S. v. Flores-Ortega, Garza v. Idaho).

When it comes to Ms. Dwyer not informing this court of the full scope of my cooperation, I have very strong reason to believe my information was used in more than the 8 arrests I got credit for. In fact, I also have strong reason to believe that my information was used outside of the EDMI. On Sept. 22, 2017 I had a phone conversation with an FBI agent in Philadelphia. I've now learned that at least 7 people have been charged and sentenced in the Eastern District of Pennsylvania, all with facts of their case that matches the information I provided on Sept 22, 2017. What's more, the first 3 people in 2:18-cr-00352 EDPA that were arrested on that indictment, Carl Hinton, Sharif El-Battoutty, and Rix Crossfield were arrested on July 18, 2018, the day I was sentenced. Couple that with Ms. Dwyer's statement during my sentencing that it's likely more arrest will happen that this court won't know about (Pg 42 lines 18-19 7/18 Sentencing) It is very reasonable to believe the court would have sentenced me to less had it know the full extent I was sentenced for 8 arrests (Pg 58 lines 9-10 Id)

Ms. Dwyer also never argued for my

4/8

safety. SKH(9)(4) was never mentioned once during my sentencing. It's proven by the statements made by victims and the tragic death of Christian Main that safety is in jeopardy. I am in significantly more "danger or risk" than most, and I hope this will be considered and have me resentenced to keep me safe. (I'm very concerned for my safety when in Michigan. I was extorted in Milan by people demanding names of my Co-defendants. They threatened to look me up if I didn't cooperate with them. Because of that I gave them the name Christian Main. He was murdered 4 months later. Nobody has interviewed me about this even though I've made this known days after he was murdered. Christian's attack has been planned since August of 2018.)

When it comes to the in-camera meeting, I have been requesting information on that for over a year and Mr. Skinner has supplied me with nothing. It was my understanding that I was to be present for that meeting so I could hear what was said. Needless to say, I was very surprised to hear that that meeting happened without me. Ms. Dwyer never told me it was rescheduled

5/10

to before my sentencing. Since I was told I was going to hear what was said and then it happened without me, it's only fair for me to raise the following concerns: What was the conflict? Who was present? When was this conflict realized? Was it transcribed? If so, why wasn't it shown to me? If it wasn't transcribed, why not? What time did this happen? My Family and I have been begging Mr. Skinner to raise this issue from day 1 so we hope this will be heard during the Evidentiary Hearing.

I have many more issues I would like to share with this court. I am the only person with 2 2252A(g)'s (which I feel is double jeopardy) and I have the highest SR sentence. Ms. Dwyer did not contact me from May 11, 2018 - July 17, 2018, the first day of sentencing, then does not see me after sentencing. Now Mr. Skinner avoids me and leaves me confused. I don't know what's happening in my cases but I'm very confident something is not right. I have other information I'd like to share with this Court because I truly believe had this Court had the full extent of my case, my sentence

6/10

would be substantially less. This Court was unaware of the true reason on why I am the only person with 2 charges and not charged with relevant conduct. That was because the Government wanted me as a stronger witness for trial testimony. So I was not the person who requested same day Sentencing (pg 35 line 9-14 Sent tran 7/18/18). I agreed to a Second Case at the request of the government to make their case stronger. A decision that was used against me once I was not needed as a trial witness.

I hope the Court sees that I made a high risk investment cooperating with the Government only to lead to a very low reward. An investment that I still feel was the right decision because it helped victims and the Government, but has put me in a very difficult and dangerous position. I have worked very hard at improving myself and helping others since I arrived at Oaksville, and I hope this Court will see the post Sentencing rehabilitation I have done. I currently work for the

7/8

Psychology department as a Suicide Coach and an inmate Companion, working with my mentally ill Cellmate who suffers from Borderline Personality disorder. Due to the Covid Pandemic lockdown, I haven't seen my Family in over 4 months and have very little out of Cell time and phone access. I've continued to progress self-study and be the only person here at Elkton who can handle my Cellmate and his psychotic episodes and suicidal ideations. I'm very proud of the path I'm currently on and I pray that this Court will grant me relief for my efforts. I can assure this Court that everything I've said is truthful and honest and will swear to it under oath. I thank you for your time and please, STAY SAFE!

Respectfully,

William Phillips
24804-052
FCI Elkton

8/8

William Phillips
24864 052
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

Legal Mail

Theodore Levin BLDG
231 West Lafayette Blvd
Detroit, Michigan 48226

U.S. District Court
Fifth Floor
Theodore Levin BLDG
231 West Lafayette Blvd
Detroit MI 48226
United States

Hon. Stephen J. Murphy

U.S. POSTAGE PAID
FCM LG ENV
OTISVILLE, NY
10963
AUG 07, 20
AMOUNT
$0.00
R2305K138471-20



**FEDERAL CORRECTIONAL INSTITUTION**
**OTISVILLE, NY 10963**
DATE: 8/7/20

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question of problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosure to the address above.