United States District Court
Eastern District of Michigan
Detroit Division

| | |
|---|---|
| United States Of America,<br><br>   Plaintiff,<br><br>v.<br><br>William T. Phillips<br><br>   Defendant. | Case No. 2:17-cr-20632-SJM-DRG |

## Notice of Appeal

William T. Phillips ("Phillips"), by and through the undersigned counsel, hereby gives notice of appeal from the Court's April 15, 2021, Order denying Phillip's motion for reconsideration (Docket Entry 267) regarding the November 23, 2020 Order Dismissing 28 U.S.C. § 2255 Motion (Docket Entry 252), to the United States Court of Appeals for the Sixth Circuit. Phillips also gives notice of appeal from the Court's November 23, 2020, Order Dismissing 28 U.S.C. § 2255 Motion (Docket Entry 252) to the U.S. Court of Appeals for the Sixth Circuit.

Respectfully submitted,

/s/ Zachary L. Newland
Zachary L. Newland
Senior Litigation Counsel
**Jeremy Gordon P.L.L.C.**
P.O. Box 2275
Mansfield, Texas 76063
Tel: (972) 483-4865
Fax: (972) 584-9230

E-mail: zach@gordondefense.com
Texas Bar: 24088967
https://gordondefense.com

*Counsel for William Phillips*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 15th day of April 2021, via CM/ECF on all counsel of record.

/s/ Zachary L. Newland
Zachary L. Newland