# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 21, 2021

Mr. Andrew Goetz
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. Kevin M. Mulcahy
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. Zachary Lee Newland
Law Office
P.O. Box 2275
Mansfield, TX 76063

Re: Case No. 21-1374/21-1375, *William Phillips v. USA*
Originating Case No. : 2:19-cv-12222 : 2:17-cr-20632-5

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026

cc: Ms. Kinikia D. Essix

Enclosure

Case No. 21-1374/21-1375

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

WILLIAM T. PHILLIPS

    Petitioner - Appellant

v.

UNITED STATES OF AMERICA

    Respondent - Appellee

   The court having determined that consolidation of the above causes for purposes of briefing and submission is appropriate,

   It is **ORDERED** that the causes be and they hereby are consolidated for the purposes stated above.

                            **ENTERED PURSUANT TO RULE 45(a),**
                            **RULES OF THE SIXTH CIRCUIT**
                            Deborah S. Hunt, Clerk

Issued: September 21, 2021