UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

Case No. 2:17-cr-20632-5

HONORABLE STEPHEN J. MURPHY, III

v.

D-5 WILLIAM T. PHILLIPS,

          Defendant.

                               /

### **ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW [293]**

Attorney Zachary Newland moved to withdraw as counsel for Defendant William Phillips. ECF 293. Newland explained that Defendant had terminated Newland's representation of him and that "[t]here are currently no matters pending before the Court for which [Newland] was retained to represent [Defendant]." *Id.* at 3739. Because the case does not involve any pending matters concerning Defendant, the Court will grant the motion to withdraw.

**WHEREFORE**, it is hereby **ORDERED** that the motion for withdrawal of counsel [293] is **GRANTED**.

**IT IS FURTHER ORDERED** that Attorney Zachary Newland is **WITHDRAWN** as attorney for Defendant William Phillips.

**IT IS FURTHER ORDERED** that Mr. Newland will be **REMOVED** from

receiving notice of electronic filings in the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III<br>STEPHEN J. MURPHY, III<br>United States District Judge

Dated: August 9, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 9, 2023, by electronic and/or ordinary mail.

s/ R. Loury<br>Case Manager